UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
WILLIAM Z. JUDISKY,

                Plaintiff,

  -against-                              **RULE 7.1 STATEMENT**

                                          07 Civ. 4153 (SCR)(MDF)

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
---------------------------------------------------------------X

METRO-NORTH COMMUTER RAILROAD ("METRO-NORTH") is a public benefit corporation. (See N.Y. Pub. Auth. L. §§1260, et seq. (McKinney 1982 & Supp. 1992).)

Accordingly, Rule 7.1 does not apply to Metro-North.

Dated:  New York, New York         RICHARD K. BERNARD
        June 19, 2007                GENERAL COUNSEL

                                    BY: S/_____
                                      Ioana Wenchell
                                      Attorneys for Defendant
                                      347 Madison Avenue
                                      New York, New York  10017
                                      212-340-2537  -  IW/4775

Case 7:07-cv-04153-SCR   Document 3   Filed 06/20/2007   Page 2 of 2