**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

**WILLIAM Z. JUDISKY,**

                        **Plaintiff,**

    **-against-**

**METRO-NORTH COMMUTER RAILROAD,**

                       **Defendant.**
-------------------------------------------------------------X

**07 Civ. 4153 (SCR)**
**ECF CASE**

**STIPULATION OF**
**DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the

Attorneys for all parties herein, that all causes of action asserted by the plaintiff against

defendant, METRO-NORTH  COMMUTER RAILROAD, in the above entitled action be,

and the same hereby are, dismissed with prejudice and without costs, and an Order to

that effect may be entered without further notice.

DATED:      October 3, 2007
               CROTON ON HUDSON, NEW YORK

CAHILL, GOETSCH & MAURER, P.C.   METRO-NORTH COMMUTER RAILROAD
Attorneys for Plaintiff                  Attorney for Defendant

By: _____ IM-0337    By: _____ IW-4775
    Ira M. Maurer, Esq.                Ioana Wenchell, Esq.

SO ORDERED

_____
USDJ

10 - 15 - 07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____